**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00604-CV

## HARRIS COUNTY APPRAISAL DISTRICT, Appellant

## V.

## MUESCHKE ROAD HOUSTON ASLI IX LLC, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-60836**

## MEMORANDUM OPINION

This is an appeal from an order signed August 2, 2022. On December 6, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.